379 P.2d 446

**William Leon PINSON, Petitioner,**

**v.**

**E. M. PERRY, Justice of the Peace, Precinct No. 6, Eddy County, State of New Mexico, et al., Respondents.**

**No. 25 HC.**

Supreme Court of New Mexico.

March 13, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the application for writ of procedendo ad judicium be and the same is hereby denied.